64D05-2602-CT-001217

Filed: 2/3/2026 2:16 P
Cle
Porter County, Indiar
Porter Superior Court 5

USDC IN/ND case 2:26-cv-00090-AZ   document 3   filed 02/03/26   page 1 of 5

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE PORTER SUPERIOR/CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF PORTER | ) | SITTING IN PORTER COUNTY, INDIANA |

Celia Tellado )
    Plaintiff, )
     )
vs. ) Cause Number:
     )
     )
Valmet, Inc. )
    Defendant. )

## COMPLAINT

Plaintiff Celia Tellado by and through her attorney, hereby complains against Defendant and alleges as follows:

### Jurisdiction and Venue

1. Plaintiff Celia Tellado, is an individual residing at 1370 Leeward Rd. Crown Point, Indiana.

2. This incident occurred in Porter County, Indiana.

3. Defendant Valmet, Inc. is a Foreign for profit corporation incorporated in Delaware with its principal place of business at 3720 DAVINCI COURT, SUITE 300, Norcross, GA, 30092, USA. At all times relevant hereto, Defendant Valmet, Inc. was engaged in the designing, manufacturing, labeling, marketing, distributing, selling and installation of paper machinery in Indiana.

4. This Court has jurisdiction over Defendant Valmet, Inc.

## Common Factual Allegations

5. Plaintiff Celia Tellado was an employee of Pratt Industries Inc.'s paper mill in Valparaiso, Indiana.

6. Defendant Valmet Inc. designed, manufactured, labeled and sold their OptiWin Drum Winder to Pratt Industries, Inc. and installed it at Pratt's paper mill in 2015, where Plaintiff Celia Tellado worked. The OptiWin Drum Winder is a massive jumbo roll that winds in a circular motion at a dangerously high speed.

7. On February 8, 2024, Plaintiff Celia Tellado was training as a machine operator at Pratt Industries, Inc.

8. Plaintiff Celia Tellado was cutting the tape on the OptiWin Drum paper. As she was cutting the tape on the roll, the 30-ton roll of paper on the OptiWin Drum Winder hit her left shoulder. It grabbed her and pinned her against the wall, crushing her between the wall and the thirty ton spinning roll of paper.

9. Plaintiff Celia Tellado was then pinned in between a concrete wall and the 30-ton roll of paper, crushing her.

10. As a result, Plaintiff Celia Tellado suffered horrific and life-changing injuries and damages.

## Count I-Negligence

11. Plaintiff Celia Tellado incorporates Paragraphs 1-10 above by reference.

12. Defendant Valmet, Inc. owed Celia Tellado and other users of its OptiWin Drum Winder the following duties:

   a. To exercise reasonable care in designing, manufacturing, labeling, installing and inspecting the Winder;
   b. To exercise reasonable care in servicing the Winder;
   c. To design the Winder to be reasonably safe;
   d. To manufacture the Winder to be reasonably safe;
   e. To provide adequate emergency shut-offs;
   f. To warn foreseeable users about dangers that the Defendant knew existed or should have known existed; and
   g. To otherwise follow the standard of care and other applicable laws.

13. Defendant Valmet Inc., breached those duties stated above in Paragraph 12, by, but not limited to the following:

   a. They did not exercise the same care an ordinary manufacturer would exercise under similar circumstances:
   b. They failed to design the Winder to be reasonably safe;
   c. They failed to manufacture the Winder to be reasonably safe;
   d. They failed to properly install the Winder to be reasonably safe;
   e. They failed to properly inspect the Winder to make sure it was reasonably safe;
   f. They failed to provide adequate emergency shut-offs; and
   g. They failed to adequately warn Plaintiff Celia Tellado and other foreseeable users about the dangers they knew existed or should have known existed.

14. As a direct and proximate result of Defendant Valmet Inc.'s acts and omissions stated in paragraph 13, Defendant Valmet Inc.'s dangerous Winder took ahold of the Plaintiff Celia Tellado, hitting her shoulder and pinning her against a concrete wall, crushing her.

15. Had proper safety features or a safety sensor around its most dangerous areas been installed- this case's horrific incident would have never happened.

16. As a direct and proximate result of Defendant Valmet Inc.'s acts and omissions stated above, Plaintiff Celia Tellado suffered and incurred the following damages, but not limited to;

   a. Bodily injuries;
   b. Pain and suffering and the pain and suffering she will experience in the future;
   c. Disability and the disability she will suffer in the future;
   d. Scarring;
   e. Disfigurement;
   f. Loss of enjoyment of life and loss of enjoyment of life she will suffer in the future;
   g. Lost opportunity and the lost opportunity she will suffer in the future;
   h. Medical bills and the medical bills she will incur in the future;
   i. Lost wages and the lost wages she will incur in the future;
   j. Lost earning capacity and the lost earning capacity she will suffer in the future; and
   k. Other yet to be discovered damages that resulted from the Defendant Valmet Inc.'s negligence.

## Count II- Strict Liability

17. Plaintiff Celia Tellado incorporates Paragraphs 1-16 above by reference.

18. Defendant Valmet Inc. is in the business of manufacturing and selling paper machinery.

19. Defendant Valmet Inc. manufactured an OptiWin Drum Winder and sold it to Pratt Industries, Inc. for use at Pratt's paper mill in Valparaiso, Indiana- where Plaintiff Celia Tellado worked.

20. The OptiWin Drum Winder was defective and unreasonably dangerous to its reasonably foreseeable users that were subject to its foreseeable harm- including Plaintiff Celia Tellado.

21. Plaintiff Celia Tellado was in a class of persons that Defendant Valmet Inc. should have reasonably foreseen as being subject to the harm caused by the defective Winder.

22. The OptiWin Drum Winder was not substantially changed between the time it was sold and this case's horrific incident.

23. Plaintiff Celia Tellado suffered and incurred the following damages as a result of Defendant Valmet Inc.'s defective OptiWin Drum Winder, but not limited to:

   a. Bodily injuries;
   b. Pain and suffering and the pain and suffering she will experience in the future;
   c. Disability and the disability she will suffer in the future;
   d. Scarring;
   e. Disfigurement;
   f. Loss of enjoyment of life and loss of enjoyment of life she will suffer in the future;
   g. Lost opportunity and the lost opportunity she will suffer in the future;
   h. Medical bills and the medical bills that she will incur in the future;
   i. Lost wages and the lost wages she will incur in the future;
   j. Lost earning capacity and the lost earning capacity he will suffer in the future; and
   k. Other yet to be discovered damages that resulted from the Defendant Valmet Inc.'s defective Winder.

WHEREFORE, Plaintiff Celia Tellado prays for judgement against Defendant Valmet, Inc. in an amount to reasonably compensate her for her damages, for costs, and for all other relief this Honorable Court finds just and proper.

Respectfully submitted,

/s/ Lloyd P. Mullen
Lloyd P. Mullen #14915-19
MULLEN & ASSOCIATES, P.C.
113 W. Joliet Street
Crown Point, IN 46307
(219) 661-1529
(219) 661-1528 (fax)